IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIMMY L. HAYES, | * |
| Plaintiff, | * |
| vs. | * |
| DR. AINA, DR. AJIBAD, BROWN KEYES, and MARY HARRIS, | CASE NO. 4:05-CV-122 (CDL) * |
| | * |
| Defendants. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation to deny Defendants' Motion to Dismiss (Doc. 11) is hereby approved, adopted, and made the Order of the Court. In his recommendation regarding Plaintiff's Motion for a Preliminary Injunction (Doc. 10), the Magistrate mistakenly states that he recommended the granting of Defendants' motion to dismiss and suggested that this played a role in his recommendation to deny the motion for preliminary injunction.  In light of this confusion, the Court remands Plaintiff's Motion for Preliminary Injunction to the Magistrate Judge for further review of that motion only.

IT IS SO ORDERED, this 12th day of September, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE