IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


JIMMY L. HAYES,                          *

          Plaintiff,                     *

vs.                                      *
                                              CASE NO. 4:05-CV-122(CDL)
DR. AINA, DR. AJIBADE, BROWN             *
KEYES, and MARY HARRIS
                                         *
          Defendants.
                                         *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


     After a *de novo* review of the record in this case, the  Report
and Recommendation filed by the United States Magistrate Judge on
January 9, 2007, is hereby approved, adopted, and made the Order of
the Court.

     IT IS SO ORDERED, this 7th day of February, 2007.




                              S/Clay D. Land
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE